UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LORI SIRBONO,
an individual,

         Plaintiff,

v.

LIFE INSURANCE COMPANY
OF NORTH AMERICA,
a foreign corporation, and
GRAYBAR ELECTRIC COMPANY, INC.,
a foreign corporation.

         Defendant.
_____/

Case No. 6:21-cv-1504-ACC-GJK

**NOTICE OF SETTLEMENT**

Now into Court, by and through undersigned counsel, comes Plaintiff and hereby gives notice pursuant to Local Rule 3.08(a) that the above styled cause was amicably resolved. The parties are in the process of preparing documents finalizing the settlement, including preparing and finalizing a Joint Stipulation for Dismissal.

**I HEREBY CERTIFY** that on February 3, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Steven Lehner, Esquire, 100 South Ashley Drive, Suite 500, Tampa, FL 33602 and Andrea N. Nathan, Esquire, 150 West Flagler Street, Miami, Florida 33130.

         /s/ Herbert M. Hill
         Herbert M. Hill, Esquire, Trial Counsel
         Florida Bar No. 328464
         Herbert M. Hill, P.A.
         Post Office Box 2431
         Orlando, FL 32802
         Office: 407/839-0005
         Email: hmh@herbertmhill.com
         Counsel for Plaintiff