UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LORI SIRBONO,

        Plaintiff,

vs.

LIFE INSURANCE COMPANY OF
NORTH AMERICA,

        Defendant

_____ /

Case No. 6:21-cv-01504-ACC-GJK

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the Plaintiff and Defendant, by and through their undersigned

attorneys, and hereby stipulate and agree that this action shall be dismissed with

prejudice, with each party to bear its own fees and costs.

DATED this 17th    day of March 2022.

| HERBERT M. HILL, P.A. | HINSHAW & CULBERTSON, LLP |
|---|---|
| /s/ Herbert M. Hill | s/Steven D. Lehner |
| Herbert M. Hill, Esq. | Steven D. Lehner, Esq. |
| Florida Bar No.: 328464 | Florida Bar No. 0039373 |
| Post Office Box 2431 | 100 South Ashly Drive, Suite 500 |
| Orlando, FL 32802 | Tampa, FL 33602 |
| hmh@herbertmhill.com | slehner@hinshawlaw.com |
| Attorney for Plaintiff | Attorney for Defendant |